# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK R. LIPSCOMB and ROILYNEE M. LIPSCOMB,<br><br>    Plaintiffs,<br>  v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., et al.,<br><br>    Defendants. | 1:11-CV-497 AWI JLT<br><br>**ORDER TAKING MATTER UNDER SUBMISSION** |

    Currently set for hearing and decision on May 23, 2011, is Defendants' motion to dismiss. The Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 23, 2011, is VACATED, and the parties shall not appear at that time. As of May 23, 2011, the Court will take Defendants' motion under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 17, 2011                                 _____
                                                                  CHIEF UNITED STATES DISTRICT JUDGE